UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL ANTHONY LORUSSO,

        Plaintiff,          Case No. 1:22−cv−987

v.          Hon. Hala Y. Jarbou

BOB GUALTIERI,

        Defendant.
_____/

## ORDER REJECTING PLEADING

    The Court has examined the following document(s) received November 4, 2022 and orders the Clerk to reject the Amended Complaint and return the document(s) to Michael Anthony LoRusso for the reason(s) noted below:

    The case was transferred to the Middle District of Florida on October 24, 2022. All further questions/inquiries should be directed to said Court.

    IT IS SO ORDERED.

Dated: November 4, 2022          /s/ Sally J. Berens
                                                    SALLY J. BERENS
                                                    U.S. Magistrate Judge